**Paul C. Galm, OSB No. 002600**
paul@paulgalmlaw.com
PAUL GALM, ATTORNEY AT LAW, LLC
12220 SW First Street
Beaverton, OR 97005
Phone:        (503) 644-9000
Fax:          (503) 644-9050

**Josh Lamborn, OSB No. 973090**
jpl@pdxinjury.com
THE LAW OFFICE OF JOSH LAMBORN, P.C.
50 SW Pine Street, Suite 301
Portland, OR 97201
Phone:        (503) 546-0461
Fax:          (503) 914-1507

**John Devlin, OSB No. 042690**
john@johndevlinlaw.com
DEVLIN LAW, P.C.
434 NW 19th Avenue
Portland, OR 97209
Phone:        (503) 228-3015
Fax:          (503) 660-4079

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative for the Estate of Rocky Stewart, Deceased,<br><br>                    Plaintiffs,<br>     v.<br><br>WELLPATH, LLC, a Delaware corporation; CORRECT CARE SOLUTIONS, LLC, a Kansas corporation; COOS COUNTY, an Oregon county; PATRICIA SAUERBRY, an individual; DANIEL RYMER, an individual; MARK MAHLUM, an individual; ROBERT KRAMER, an individual; JIMMY LAY, an individual; SAMUEL ELEY, an individual; and JOHN DOES 1-9,<br><br>                            Defendants. | Civil Action No. 6:19-cv-01883-AA<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED LENGTH LIMITATION** |

Page 1 – **PLAINTIFF'S MOTION FOR LEAVE TO EXCEED LENGTH LIMITATION**

Plaintiff moves for leave to file a Motion for Sanctions that exceeds the page and word count limits of Local Rule 7-2(b).  Pursuant to Local Rule 7-1, plaintiff's counsel has conferred with counsel for all defendants, who do not object to this motion.

Rule 7-2(b) states that a memorandum cannot exceed 11,000 words, or 35 pages, without prior Court approval.  Plaintiff's Motion for Sanctions will be approximately 19,000 words, or 65 pages.  Plaintiff intends to file this motion no later than Friday, March 10, 2023.

There are several reasons for the length of plaintiff's motion.

<u>First</u>, because plaintiff is asking this Court to enter a default judgment against the Wellpath defendants, plaintiff spends more than half of the motion laying out the factual basis for that sanction.  This includes a discussion of events that have taken place in this litigation and events that took place during Wellpath's nationwide email purge.  Plaintiff summarizes extensive discovery materials, litigation events, and independent research.

<u>Second</u>, plaintiff lays out the legal analysis that the Court must undertake before issuing a default judgment.  This includes two multi-factor tests from the Federal Rules of Civil Procedure and applicable Ninth Circuit caselaw.  Discussion of those factors involves both the legal basis and factual basis for each one.

<u>Third</u>, plaintiff has attempted to make it easier for the Court to review the evidence in the record by providing a significant number of quotations rather than simple record cites.  Plaintiff also has included extensive, specific citations to the exhibits in order to make the Court's review more efficient.  The motion will contain approximately 250 footnotes.  Plaintiff believes that this method will assist the Court in deciding the issues set forth in the motion.

<u>Fourth</u>, plaintiff believes that this is a case of public concern.  Wellpath has agreed to assume the basic government function of providing medical care to people being held in the Coos

Page 2 – **PLAINTIFF'S MOTION FOR LEAVE TO EXCEED LENGTH LIMITATION**

County Jail. A thorough exploration of the record will help to ensure that Wellpath is held accountable for its conduct in this case.

Plaintiff respectfully requests leave to file a brief exceeding the page and word count limits of Rule 7-2(b).

DATED this 6th day of March, 2023.

        PAUL GALM ATTORNEY AT LAW, LLC

        /s/ Paul Galm
        Paul Galm, OSB No. 002600
        Email: paul@paulgalmlaw.com

        THE LAW OFFICE OF JOSH LAMBORN, PC

        /s/ Josh Lamborn
        Josh Lamborn, OSB No. 973090
        Email: jpl@pdxinjury.com

        DEVLIN LAW, P.C.

        /s/ John Devlin
        John Devlin, OSB No. 042690
        Email: john@johndevlinlaw.com

        Of Attorneys for Plaintiff