Paul Galm, OSB #002600
paul@paulgalmlaw.com
Paul Galm, Attorney at Law, LLC
12220 SW 1st St.
Beaverton, OR 97005-2889
Phone: (503) 644-9000
Fax: (503) 644-9050

Josh Lamborn, OSB #973090
Jpl@pdxinjury.com
The Law Office of Josh Lamborn, P.C.
50 SW Pine St., Suite 301
Portland, OR 97204-3535
Phone: (503) 546-0461
Fax: (503) 914-1507

John Devlin, OSB #042690
john@johndevlinlaw.com
Devlin Law, P.C.
434 NW 19th Ave.
Portland, OR 97209
Phone: (503) 228-3015

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative for the Estate of Rocky Stewart, deceased,<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC, a Delaware corporation; CORRECT CARE SOLUTIONS, LLC, a Kansas corporation; COOS COUNTY, an Oregon county; PATRICIA SAUERBRY, an individual; DANIEL RYMER, an individual; MARK MAHLUM, an individual; ROBERT | Case No.: 6:19-cv-01883-AA<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE WELLPATH DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS** |

KRAMER, an individual; JIMMY LAY, an
individual; SAMUEL ELEY, an individual;
and JOHN DOES 1-9,

                                    Defendants.

## I.     CERTIFICATE OF COMPLIANCE WITH LR-7(a)

The undersigned attorney certifies that he conferred via phone or email with the attorneys for all defendants concerning this motion. Defendants do not oppose this motion.

## II.     MOTION

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, Plaintiff moves the Court for an order extending the deadline for Plaintiff's Reply to the Wellpath Defendants' Response to Plaintiff's Motion for Sanctions from May 5, 2023, to May 12, 2023. Plaintiff is unable to complete its reply within the normal 14-day window due to the complexity of the motion and corresponding evidence. The requested extension should not have an impact on any current deadlines in the case.

## III.     CONCLUSION

The Court should grant Plaintiff's motion.


DATED this 2nd day of May 2023.

                                    s/ Paul Galm
                                    Paul Galm, OSB #002600
                                    Of Attorneys for Plaintiff

                                    s/ Josh Lamborn
                                    Josh Lamborn, OSB #973090
                                    Of Attorneys for Plaintiff

                                    s/ John Devlin
                                    John Devlin, OSB #042690
                                    Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing REPLY TO DEFENDANT'S RESPONSE TO

PLAINTIFF'S MOTION FOR SANCTIONS on:

> Kenny Montoya
> Law Offices of Montoya Hisel and Associates
> 901 Capitol St. NE
> Salem, OR 97301
>     Attorney for Defendants Coos County, Daniel Rymer, Mark
>     Mahlum, Robert Kramer, Samuel Eley and Jimmy Lay

> Brad Litchfield
> Jens Schmidt
> Hutchinson Cox LLC
> 940 Willamette St Ste 400
> PO Box 10886
> Eugene OR  97440

> Eric Schoonveld
> HPS Law
> 200 South Wacker Drive
> Suite 3300
> Chicago, IL 60606
>     Attorneys for Defendants Wellpath, LLC; Correct Care
>     Solutions; and Patricia Sauerbry

by the following indicated method or methods:

☒    by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

☒    by **emailing** a copy thereof to Brad Litchfield's, Eric Schoonveld's and Kenny Montoya's last-known email address on the date set forth below;

by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to defendants' attorneys Brad Litchfield's, Eric Schoonveld's and Kenny Montoya's at their last-known addresses listed above and depositing it in the U.S. mail in Portland, Oregon on the date set forth below.

DATED this 2nd day of May 2023.

s/ Paul Galm
Paul Galm, OSB #002600
Of Attorneys for Plaintiff

s/ Josh Lamborn
Josh Lamborn, OSB #973090
Of Attorneys for Plaintiff

s/ John Devlin
John Devlin, OSB #042690
Of Attorneys for Plaintiff